**Electronically Filed
Supreme Court
SCPW-12-0000473
17-MAY-2012
02:38 PM**

NO. SCPW-12-0000473

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

IN THE MATTER OF THE PETITION OF CHRIS GRINDING

ORIGINAL PROCEEDING

ORDER
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Upon consideration of petitioner Chris Grindling's petition for an extraordinary writ filed on May 9, 2012, it appears that petitioner fails to demonstrate a clear and indisputable right to relief.  Therefore, petitioner is not entitled to extraordinary relief.  See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (An extraordinary writ will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action.).  Accordingly,

IT IS HEREBY ORDERED that the clerk of the appellate court shall process the petition for an extraordinary writ without payment of the filing fee.

IT IS FURTHER ORDERED that the petition for an extraordinary writ is denied.

DATED: Honolulu, Hawaiʻi, May 17, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.



/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna